# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1905. IN THE INTEREST OF J. S.**

This appeal is taken from an adjudication that J. S. was delinquent by reason of disrupting a public school in violation of OCGA § 20-2-1181 (a), which provides that "[i]t shall be unlawful for any person to knowingly, intentionally, or recklessly disrupt or interfere with the operation of any public school, public school bus, or public school bus stop as designated by local boards of education." On appeal, J. S. argues that the trial court applied OCGA § 20-2-1181 to him in a manner that rendered the statute unconstitutionally overbroad.

Although our Supreme Court has ruled that OCGA § 20-2-1181 (a) is not void for vagueness, it has not ruled on the question whether that statute is overbroad, either facially or as applied. *In re D. H.*, 283 Ga. 556, 557-558 (3) (663 SE2d 139) (2008) (although OCGA § 20-2-1181 was not unconstitutionally vague, an overbroad challenge was waived because not raised below); see also *State v. Fielden*, 280 Ga. 444, 445-448 (629 SE2d 252) (2006) (though a statute barring behavior that "may reasonably be expected to prevent or disrupt a lawful meeting" was "clear and unambiguous," the same statute was "facially overbroad" and therefore unconstitutional).

Because the Supreme Court of Georgia has not ruled on the question whether OCGA § 20-2-1181 is overbroad, either facially or as applied, we TRANSFER this appeal to that Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/24/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

2